

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-18-00297-CV

## IN RE MARVIN MARCELLA HARRIS, SR.

_____

## Original Proceeding

## MEMORANDUM OPINION

The Court has been advised that the trial court order that was the subject of this mandamus proceeding has been withdrawn by the trial court. The Court requested a status report from counsel for the Relator if any other issues required resolution and no report has been received. Therefore, this proceeding, which challenges only the withdrawn order, is dismissed as moot.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
          Justice Davis, and
          Justice Scoggins
Dismissed
Opinion delivered and filed October 31, 2018
[CV06]

